FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:21 pm, Dec 01, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MIGUEL PONCE-GONZALEZ,

    Petitioner,

v.

WARDEN D. GREENWALT,

    Respondent.

CIVIL ACTION NO.: 5:20-cv-136

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. Doc. 4. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court may dismiss this action for failure to follow a Court Order. Additionally, if Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and may grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 1st day of December, 2020.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA