IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MIGUEL PONCE-GONZALEZ,

    Petitioner,

v.

WARDEN D. GREENWALT,

    Respondent.

CIVIL ACTION NO.: 5:20-cv-136

**O R D E R**

Presently before the Court are Petitioner Miguel Ponce-Gonzalez's ("Ponce-Gonzalez") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and Respondent's Motion to Dismiss. Docs. 1, 4. Since these filings have been made, it may be Ponce-Gonzalez has been released from custody or has been removed from the United States. Indeed, Respondent states in his Motion to Dismiss an immigration judge ordered Ponce-Gonzalez removed to Mexico, and a decision from the Board of Immigration Appeals was pending at the time of the Motion. Doc. 4 at 2. Moreover, the Court was unable to obtain information on Ponce-Gonzalez's status with Immigration and Customs Enforcement's ("ICE") online locator, using both his alien identification number and his name, indicating he may have been deported or otherwise released from ICE's custody. https://locator.ice.gov/odls/#/index, revealing "Search Results: 0" (last visited Apr. 2, 2021).

Thus, the Court **ORDERS** Respondent to update the Court of Ponce-Gonzalez's status within 14 days of this Order. In the alternative, the Court **ORDERS** Ponce-Gonzalez to notify the Court of any update in his location within 14 days of this Order and reminds him of his

obligation to update the Court of any change in address in writing. Depending on any update this Court may receive—or lack thereof—the Court may dismiss without prejudice Ponce-Gonzalez's 28 U.S.C. § 2241 Petition based on his failure to follow this Court's Orders.

**SO ORDERED**, this 2nd day of April, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA