# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔉𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔚𝔞𝔶𝔠𝔯𝔬𝔰𝔰 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

| | | |
|---|---|---|
| MIGUEL PONCE-GONZALEZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:20-cv-136 |
| v. | * | |
| WARDEN D. GREENWALT, | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 17. Petitioner Miguel Ponce-Gonzalez ("Ponce-Gonzalez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Ponce-Gonzalez's 28 U.S.C. § 2241 Petition for failure to follow this Court's Orders and Local Rules,[1] and

---

[1] On the same day the Magistrate Judge issued his Report and Recommendation, Ponce-Gonzalez notified the Court of a change of address. Dkt. No. 18. Despite this, Ponce-Gonzalez did not follow the Order to respond to the Motion to Dismiss; thus, the Magistrate Judge's bases for recommending the dismissal of Ponce-Gonzalez's Petition—failure to follow this Court Orders and failure to respond to the second Motion to Dismiss—are still valid.

AO 72A
(Rev. 8/82)

**DENIES as moot** Respondent's first Motion to Dismiss but **GRANTS as unopposed** Respondent's second Motion to Dismiss. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Ponce-Gonzalez *in forma pauperis* status on appeal.

SO ORDERED, this ___25___ day of ___May___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA